UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Adiel Peguero

Defendant(s).

------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

-CR-    ( )( )

21MAG4834

Defendant Adiel Peguero hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

Adiel Peguero
Print Defendant's Name

Patrick Joyce
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5-5-2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge