UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

CR. NO. 21-mj-04834

v.

ADIEL PEGUERO,

        Defendant.

## STIPULATED ORDER FOR SUBSTITUTION OF ATTORNEY

IT IS HEREBY STIPULATED AND AGREED between the parties that Scott Grauman, Esq. be substituted as the attorney of record on behalf of Defendant Adiel Peguero replacing Patrick Joyce, Esq. in the above captioned matter.

**IT IS ORDERED** that Scott Grauman be substituted as counsel of record for Defendant Adiel Peguero, in place and instead of Patrick Joyce effective upon entry of this Order.

**SO ORDERED.**

Dated: 5/24/21

Hon. Barbara Moses
U.S. District Court Magistrate Judge.

WE STIPULATE TO THE ENTRY OF THIS ORDER

Scott Grauman
Attorney for Defendant
SG1715

Patrick Joyce
Prior Counsel of Record
PJ-2999